# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CSZ | E 1556930 | JOHNSON | 4496 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 07/23/2024 0951 | 22450(a) CVC |

**Place of Offense:** 20498 VANDEGRIFT BLVD, CAMP PENDLETON, CA 92055

**Offense Description: Factual Basis for Charge** HAZMAT ☐

22450(a) CVC - FAILURE TO STOP AT A STOP SIGN

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| HOLT | TERIONNE | |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 5361K423 | CA | 2014 | HONDA CIVIC | | |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 221 W BROADWAY, SAN DIEGO, CA 92101

Date: _____ Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1556930*

CVB SCAN 08/20/2024 15:49

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **JULY 23**, 20**24** while exercising my duties as a law enforcement officer in the **SOUTHERN** District of **CALIFORNIA**.

WHILE PERFORMING MY DUTIES AS A GATE SENTRY I OBSERVED HOLT, TERIANNE IN THE LISTED VEHICLE FAIL TO STOP AT A STOP SIGN.

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **07/23/2024**
Date (mm/dd/yyyy)   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 08/20/2024 15:49